**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  April 30, 2013
Interpreters:  Marcela Salazar
              Dave Roberts

Deputy Clerk: Bernique Abiakam
Court Reporter: Tracy Weir

Criminal Action No.:12-cr-00438-JLK-1-2-4-5

| UNITED STATES OF AMERICA, | Mark J. Barrett |
|---|---|
| Plaintiff, | |
| v. | |
| 1.  Francisco Chavez, | Anthony Viorst |
| 2.  Sergio Alonso Mendoza-Hurtado, | Douglas L. Romero |
| 4.  Heriberto Verdugo-Leyva, | Richard J. Banta |
| 5.  Moises Paez, | Normando R. Pacheco |
| Defendants. | |

## COURTROOM MINUTES

**Motions Hearing**

**10:15 a.m.    Court in session.**

Court calls case.  Counsel present. Defendants Nos. 2, 4, and 5 present in custody. Defendant No. 1 present on bond.

Interpreters sworn.

Preliminary remarks by the Court.

**ORDERED:  Withdrawal Of Motion (Filed 4/29/13; Doc. No. 141) is GRANTED.**

10:16 a.m.    Statement by Mr. Pacheco.

**ORDERED:  Withdrawl [sic] of Motion (Filed 4/29/13; Doc. No. 140) is GRANTED.**

**ORDERED:  Motion To Compel Disclosure Of Confidential Informant (Filed
            11/27/12; Doc. No. 74) is WITHDRAWN as MOOT.**

**ORDERED:  Defendant Paez's Motion To Suppress Statements And Evidence
            (Filed 11/27/12; Doc. No. 75) is WITHDRAWN as MOOT.**

*12-cr-00438-JLK-1-2-4-5*
*Motions Hearing*
*April 30, 2013*

**ORDERED:** Defendant Paez's Motion For Disclosure Of Evidence Subject To F.R.E. 404(b) AND 608 (Filed 11/27/12; Doc. No. 77) is WITHDRAWN as MOOT.

**ORDERED:** Motion for Pre-Trial Determination Of Admissibility Of Any Statements Offered By The Government Under F.R.E. 801(d)(2)(E) [Filed 11/27/12; Doc. No. 78] is WITHDRAWN as MOOT.

10:17 a.m.   Statement by Mr. Banta.

**ORDERED:** Motion To Moidify [sic] Section IV A Of Trial Preperation [sic] Conference General Procedures Regarding Jury Instructions, Exhibit And Witness Lists And Vior [sic] Dire (Filed 1/3/12; Doc. No. 89) is WITHDRAWN.

**ORDERED:** Motion For A James Hearing (Filed 12/3/12; Doc. No. 87) is WITHDRAWN WITHOUT PREJUDICE.

10:19 a.m.   Colloquy by Mr. Banta, Mr. Barrett and the Court regarding Doc. No. 88.

**ORDERED:** Counsel shall meet and confer no later than May 17, 2013, and report by May 20, 2013 as to the status of the case.

Discussion regarding pending motions by Defendant No. 1.

10:27 a.m.   Statement by Mr. Viorst.  Questions by the Court.

**ORDERED:** Motions on behalf of Defendant No. 1 will remaining pending. Counsel shall meet and confer no later than May 17, 2013, and report by May 20, 2013 as to the status of the case.

**ORDERED:** Bond is continued for Defendant No. 1 (Chavez).

**ORDERED:** Defendants 2 (Mendoza-Hurtado), 4 (Verdugo-Leyva), and 5 (Paez) are REMANDED to the custody of the United States Marshal for the District of Colorado.

**10:32 a.m.   Court in recess.**
Hearing concluded.
Time in court - 17 minutes.